Aug. 10, 1979.

422 A.2d 686

Commonwealth v. Campbell, Appellant.

Submitted March 23, 1979. David Zwanetz, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.